PER CURIAM.

(No. 75-CC-315— )

B & H BLUEPRINT AND SUPPLY CO., B & H INDUSTRIES,
Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF
TRANSPORTATION, Repsondent.

*Opinion filed February 4, 1975.*

B & H BLUEPRINT AND SUPPLY CO., B & H INDUS-
TRIES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.